# CASES REPORTED WITH BRIEF SYLLABI

AND

## DECISIONS HANDED DOWN WITHOUT OPINION.

FIRST DEPARTMENT, OCTOBER, 1917.

HIRAM H. HIRSCH, Respondent, v. A. R. MOSLER & Co., a Domestic Corporation, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office July 5, 1917, denying the defendant's motion to vacate or modify an order for an examination before trial.

PER CURIAM: The order appealed from is reversed, without costs to either party, and the motion to modify the order for examination granted to the extent of striking out the words, "and particularly in reference to the cancellation of the contract for the manufacture of primers for the Eddystone Ammunition Corporation, as alleged in paragraph 'Sixth' of plaintiff's complaint," on the ground that proof of the fact of or reason for such cancellation is no part of the plaintiff's case. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ. Order reversed, without costs, and motion to modify order for examination granted to extent stated in opinion.

---

JOHN FARRELL, Respondent, v. WILLIAM H. ARCHIBALD, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office, April 14, 1917, denying the defendant's motion for judgment on the pleadings.

'SCOTT, J.: The complaint clearly states no cause of action whatever. It alleges that defendant had acted as broker in the purchase and sale of other pieces of real estate, but does not allege that he acted therein for plaintiff, or that he acted as broker for plaintiff in the particular transaction complained of. The motion for judgment on the pleadings should have been granted. The order appealed from should be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint within twenty days upon payment of the aforesaid costs. Clarke, P. J., Dowling, Smith and Page, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve amended complaint on payment of said costs.